[No. 71432-5-I.   Division One.   May 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK LESTER
BESOLA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, Nos. 09-1-03223-0 and 10-1-02315-3, Ronald E.
Culpepper, J., entered June 8, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J.,
and Appelwick, J.

[No. 44196-9-II.   Division Two.   May 20, 2014.]

*In the Matter of the Marriage of* KENNETH ANDERSON,
*Appellant*, and RANA BLAES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-3-03191-2, James R. Orlando, J., entered
October 12, 2012. *Affirmed* by unpublished opinion per
Bjorgen, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 31175-9-III.   Division Three.   May 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER L. JAMISON,
*Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01350-5, Maryann C. Moreno, J.,
entered October 1, 2012. *Affirmed* by unpublished opinion
per Fearing, A.C.J., concurred in by Brown and Korsmo, JJ.

[No. 31522-3-III.   Division Three.   May 22, 2014.]

SPOKANE SCHOOL DISTRICT NO. 81, *Respondent*, v. SPOKANE
EDUCATION ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-04336-6, Ellen K. Clark, J., entered
March 1, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ. Now
published at 182 Wn. App. 291.